# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS DONALDO MARTINEZ-ALVARADO,<br><br>Defendant. | 25-CR-02902-LL<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT** |

On motion of the United States, based upon the facts set forth in the underlying Motion to Dismiss the Indictment, and pursuant to Federal Rule of Criminal Procedure 48(a), with no opposition from Defendant,

**IT IS ORDERED** that the Indictment in this case is hereby dismissed without prejudice.

DATED: November 12, 2025

**SO ORDERED.**

_____
HON. LINDA LOPEZ
UNITED STATES DISTRICT JUDGE